427 P.2d 45

STATE of New Mexico, ex rel. CAPITOL BUILDINGS IMPROVEMENT COM-MISSION, Petitioner,

v.

Honorable Joe ANGEL, District Judge, Respondent.

No. 8413.

Supreme Court of New Mexico.

April 11, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

427 P.2d 45

Peter Anthony ORTEGA, Relator,

v.

The DISTRICT COURT OF the FIRST JU-DICIAL DISTRICT, IN AND FOR the COUNTY OF SANTA FE, State of New Mexico, and the Honorable James M. Scar-borough, District Judge, Respondent.

No. 8418.

Supreme Court of New Mexico.

April 14, 1967.

NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring; CHA-VEZ, Chief Justice, not participating.

Ordered that the petition for writ of prohibition be and the same is hereby denied.